

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Ken Randell Blackmer,

Vs. No. 11-17-00128-CR

The State of Texas,

\* From the 29th District Court
of Palo Pinto County
Trial Court No. 16185.

\* May 9, 2019

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.